**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZELALEM BERHE, ) <br> ) <br> Petitioner, ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | Case No.: 2:10-cr-00410-GMN-GWF <br> 2:12-cv-00100-GMN <br><br> **Screening Order Regarding Petitioner's Motion to Vacate, Set Aside or Correct Sentence (28 U.S.C. § 2255)** |

The Petitioner, Zelalem Berhe, is a federal prisoner currently in the custody of the United States Bureau of Prisons serving a sentence of twenty-four (24) months. The Petitioner was sentenced in this Court on May 10, 2012; therefore, the venue is proper. Petitioner's judgment of conviction was filed on May 23, 2012. Accordingly, his 2255 motion is filed within the one year period of limitations. Petitioner did not file a direct appeal and has filed no prior 2255 motions.

Section 2255 provides post-conviction relief to federal prisoners on four grounds: (1) the sentence imposed violated the Constitution or laws of the United States, (2) the court lacked jurisdiction to impose the sentence, (3) the sentence exceeds the maximum authorized by law, or (4) the sentence is otherwise subject to collateral attack. *Hitchcock v. United States*, 580 F.2d 964,965 (9th Cir. 1978). Section 2255 applies to non-jurisdictional claims based on a federal statute or rule only if the claim alleges a "fundamental defect which inherently results in a complete miscarriage of justice" or "an omission inconsistent with the rudimentary demands of fair procedure." *Hill v. United States*, 368 U.S. 424, 428 (1962).

Petitioner raises a claim of Ineffective Assistance of Counsel in violation of his

Sixth Amendment Right to Counsel. This is the most common cognizable claim in a Section 2255 motion. *See Baumann v. United States,* 692 F.2d 565, 581 (9th Cir. 1982). Petitioner specifically claims that his trial counsel failed, neglected or refused to obtain, review or introduce material and relevant evidence.

This Court finds that Petitioner has raised a cognizable claim and therefore orders the Government to respond and file a Response within fourteen (14) days of the filing of this Order.

DATED this 25th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge